

1997 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

1-6-1997

# Villanueva v. Brown

Precedential or Non-Precedential:

Docket 95-5072

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1997

Recommended Citation

"Villanueva v. Brown" (1997). *1997 Decisions.* Paper 6.
http://digitalcommons.law.villanova.edu/thirdcircuit_1997/6

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 1997 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT


No. 95-5072

_____


JACK VILLANUEVA, ADMINISTRATOR PENDENTE LITE
OF THE ESTATE OF ELLA OSTROFF,
Appellant
v.
G. MICHAEL BROWN; GUY MICHAEL; BROWN & MICHAEL;
GREENBERG MARGOLIS

v.

HELEN CONN; SAMUEL RUBIN; JOSEPH RUBINSTEIN

Third Party Defendant

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

_____

(Civil No. 92-CV-02268)


Argued MARCH 22, 1996
Before: BECKER and McKEE, <u>Circuit Judges</u>, and
POLLAK, <u>District Judge</u>[*]

ORDER AMENDING OPINION FILED JANUARY 8, 1997

_____


IT IS HEREBY ORDERED that the Slip Opinion filed in this

case on January 8, 1997, be amended as follows:

On page 5, first paragraph, second sentence, add the name

"Rubinstein" after "However,"; and

On page 24, under subsection VI, delete the word "vacate"

_____

[*] The Honorable Louis H. Pollak, United States District
Judge for the Eastern District of Pennsylvania, sitting by
designation.

and replace it with "reverse".


IT IS SO ORDERED.

                                        By the Court:


                                        /s/ Theodore A. McKee
                                        _____
                                        Theodore A. McKee
                                        Circuit Judge


Dated: January 8, 1997